NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0290n.06

No. 09-4523

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

**May 03, 2011**

LEONARD GREEN, Clerk

| | |
|---|---|
| RON GEHRLEIN, | ) |
| | ) |
| **Plaintiff-Appellant,** | ) |
| | ) |
| v. | ) |
| | ) |
| HORIZON SCIENCE ACADEMY - | ) |
| DENNISON MIDDLE SCHOOL, INC. | ) |
| | ) |
| **Defendant-Appellee.** | ) |

**ON APPEAL** FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

**O P I N I O N**

BEFORE: NORRIS, COLE, and KETHLEDGE, Circuit Judges.

**PER CURIAM.** Plaintiff Ron Gehrlein appeals from the magistrate's award of summary judgment to defendant Horizon Science Academy - Denison Middle School, Inc. In 2008, plaintiff sued Horizon alleging discrimination under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq*; and state law claims for intentional infliction of emotional distress and punitive damages. The parties consented to have the case heard by a magistrate judge, who granted summary judgment for the defendant on all issues.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the magistrate judge erred in granting summary judgment to the defendant.

Because the reasoning which supports judgment for defendant has been articulated by the magistrate judge, the issuance of a detailed written opinion by this court serves no useful purpose. Accordingly, the judgment of the district court is affirmed upon the reasoning employed by the magistrate judge in his Opinion and Order filed on November 16, 2009.